IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

| | |
|---|---|
| CHRISTINE LAV and LUCY LAV<br><br>Plaintiffs,<br><br>v.<br><br>LTF CLUB OPERATIONS COMPANY, INC., LTF CLUB MANAGEMENT COMPANY, LLC, and LTF LEASE COMPANY, LLC, d/b/a LIFE TIME ATHLETIC, and LIFESPA,<br><br>Defendants. | Case No. 4:20-CV-00200 |

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: LTF CLUB OPERATIONS COMPANY, INC., LTF CLUB MANAGEMENT COMPANY, LLC and LTF LEASE COMPANY, LLC d/b/a LIFE TIME ATHLETIC, and LIFESPA.

Dated this 16th day of October, 2020.

> */s/Christopher Derrenbacher*
> Christopher Derrenbacher
> North Carolina Bar No: 25402
> **LEWIS BRISBOIS BISGAARD & SMITH LLP**
> *Attorneys for Defendants*
> 4101 Lake Boone Trail, Suite 514
> Raleigh, North Carolina 27607
> Telephone: 919.821.4020
> Facsimile: 919.829.0055
> E-mail: christopher.derrenbacher@lewisbrisbois.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that in conformity with Rule 5 of the Rules of Civil Procedure the undersigned has caused a copy of the **Appearance of Counsel for Defendants** to be served upon all parties entitled or required to be served by mailing a copy of the document in a properly addressed, postage prepaid wrapper addressed as set forth below. Alternatively, pursuant to Fed. R. Civ. P. 5 and Local Civil Rules 5.4 and 5.5, EDNC, this document has been filed by electronic means in compliance with the rules and service has been effected by electronic means through the Court's transmission facilities as authorized by Rule 5.4 and in conformity with these rules.

> Kristin Hart
> Merritt Webb Wilson & Caruso, PLLC
> Attorney for Plaintiff
> P.O. Box 2247
> Durham, NC 27702

Dated this 16th day of October, 2020.

>     */s/ Christopher J. Derrenbacher*
> Christopher Derrenbacher
> North Carolina Bar No: 25402
> **LEWIS BRISBOIS BISGAARD & SMITH LLP**
> *Attorneys for Defendants*
> 4101 Lake Boone Trail, Suite 514
> Raleigh, North Carolina 27607
> Telephone: 919.821.4020
> Facsimile: 919.829.0055
> E-mail: christopher.derrenbacher@lewisbrisbois.com