IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:20-CV-548-BO

| | |
|---|---|
| CHRISTINE LAV and LUCY LAV, | ) Case No. 5:20-CV-548-BO |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) STIPULATION OF DISMISSAL |
| LTF CLUB OPERATIONS COMPANY, | )        F.R.C.P 41(A) |
| INC., LTF CLUB MANAGEMENT | ) |
| COMPANY, LLC, AND LTF LEASE | ) |
| COMPANY, LLC, d/b/a LIFE TIME | ) |
| ATHLETIC, and LIFESPA, | ) |
| | ) |
| Defendants. | ) |

Plaintiffs Christine Lav and Lucy Lav and all Defendants hereby stipulate under

Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice

as to all claims, causes of action, and parties, with each party bearing that party's own

attorney's fees and costs.

This the 1st<sup>th</sup> day of February, 2022.

By:    */s/ Kristin Hart*
KRISTIN HART
N.C. Bar No. 28363
*Attorney for the Plaintiffs*
Merritt, Webb, Wilson & Caruso, PLLC
2525 Meridian Parkway, Suite 300
P.O. Box 2247
Durham, North Carolina  27702
Telephone:  (919) 688-7393 ext. 1225
Facsimile:  (919) 683-6323
Email:  khart@merrittwebb.com

/s/ *Christopher J. Derrenbacher*
CHRISTOPHER J. DERRENBACHER
N.C. Bar No. 25402
*Attorney for Defendants*
4101 Lake Boone Trail, Suite 514
Raleigh, NC 27607-3977
Telephone: (919) 821-4020
Facsimile: (919) 829-0055
Email: christopher.derrenbacher@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel through the CM/EMF system in accordance with the provisions of the Federal Rules of Civil Procedure.

This the 1st day of February, 2022.

/s/ Kristin Hart
KRISTIN HART
N.C. State Bar #28363
Merritt, Webb, Wilson & Caruso, PLLC
2525 Meridian Parkway, Suite 300
P.O. Box 2247
Durham, North Carolina  27702
Telephone:  (919) 688-7393 ext. 1234
Facsimile:  (919) 683-6323
Email:  khart@merrittwebb.com
Attorney for Plaintiff

3